UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM QUINCY JONES,<br><br>                              Plaintiff,<br><br>          v.<br><br>A. JOHNSON, Mailroom Officer,<br><br>                              Defendant. | Case No. 2:19-cv-06854-FMO (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant's Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is GRANTED and that Judgment be entered dismissing this action with prejudice.

Dated:  May 29, 2020

                                        /s/
                              HONORABLE FERNANDO M. OLGUIN
                              United States District Judge