JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM QUINCY JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>A. JOHNSON, Mailroom Officer,<br><br>  Defendant. | Case No. 2:19-cv-06854-FMO (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: May 29, 2020

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge